**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **JOHN LEONARD FLOYD TRIM** | **CIVIL ACTION NO. 22-0521** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **BOSSIER PARISH SHERIFF'S OFFICE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, together with the Objection [Doc. No. 7] filed by Plaintiff John Leonard Floyd Trim ("Trim"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Trim's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 29th day of April 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE